IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL UYLAKI,<br><br>    *Plaintiff,*<br><br>    -vs-<br><br>SHERIFF OF COOK COUNTY, and<br>COOK COUNTY, ILLINOIS<br><br>    *Defendants.* | )<br>)<br>)<br>)  No. 08 CV ___<br>)<br>)  *(jury demand)*<br>)    FILED: JUNE 27, 2008<br>)    08CV 3692<br>)    JUDGE MANNING<br>)    MAGISTRATE JUDGE MASON<br>    EDA |

## COMPLAINT

Plaintiff, by counsel, alleges as follows:

1. This is a civil action arising under 42 U.S.C. §1983. The jurisdiction of this Court is conferred by 28 U.S.C. §1343.

2. Plaintiff Michael Uylaki is a resident of Hammond, Indiana.

3. Defendants are the Sheriff of Cook County and Cook County, Illinois. The Sheriff is sued in his official capacity, only.

4. In June of 2006, plaintiff was admitted to the Cook County jail as a pre-trial detainee.

5. As part of his admission to the jail, plaintiff was subjected to the non-consensual insertion of a swab into his penis, which unreasonably invaded his privacy, constituted an unauthorized medical procedure, and caused personal injury and discomfort.

6.  The insertion of the swab, which was conducted in a manner likely to produce false indications of disease, was conducted in accordance with an explicit policy.

7.  As the direct and proximate result of the above referred policy, plaintiff incured pain and suffering, severe emotional distress, and was deprived of rights secured by the Fourth and Fourteenth Amendments.

8.  Plaintiff hereby demands trial by jury.

Wherefore plaintiff requests that judgment be entered in his favor in an amount in excess of twenty five thousand dollars,

/s/ Kenneth N. Flaxman
_____

KENNETH N. FLAXMAN
ARDC No. 830399
200 South Michigan Avenue
Suite 1240
Chicago, Illinois 60604-2430

(312) 427-3200 (phone)
(312) 427-3930 (fax)
knf@kenlaw.com

*attorney for plaintiffs*