AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

Michael Uylaki

CASE NUMBER: 08-cv-3692

V.

ASSIGNED JUDGE: Manning

Sheriff of Cook County and Cook County, Illinois

DESIGNATED MAGISTRATE JUDGE: Mason

TO: (Name and address of Defendant)

Sheriff of Cook County
7th floor
Daley Center
Chicago, IL 60602

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kenneth N. Flaxman
200 S Michigan Ave., Ste 1240
Chicago, Illinois 60604



RECEIVED
JUL 31 2008
COOK COUNTY SHERIFF'S OFFICE

an answer to the complaint which is herewith served upon you, within ____twenty____ days after service of this summons exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Print Form

Clear Form

Michael W. Dobbins, Clerk

J. Cervantes

(By) DEPUTY CLERK

July 31, 2008
Date

