AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Michael Uylaki

CASE NUMBER: 08-cv-3692

V.

ASSIGNED JUDGE: Manning

Sheriff of Cook County and Cook County, Illinois

DESIGNATED MAGISTRATE JUDGE: Mason

TO: (Name and address of Defendant)

Cook County, Illinois
c/o Cook County Clerk
69 W Washington St, flr 5
Chicago, IL 60602

RECEIVED
2008 JUL 31 PM 3:06
COOK COUNTY CLERK

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kenneth N. Flaxman
200 S Michigan Ave., Ste 1240
Chicago, Illinois 60604

an answer to the complaint which is herewith served upon you, within _____twenty_____ days after service of this summons exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

[Print Form]                                                    [Clear Form]

**Michael W. Dobbins, Clerk**

J. Cervantes
--------------------------------
(By) DEPUTY CLERK

July 31, 2008
--------------------------------
Date

