AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Michael Uylaki

CASE NUMBER: 08-cv-3692

V.

ASSIGNED JUDGE: Manning

Sheriff of Cook County and Cook County, Illinois

DESIGNATED MAGISTRATE JUDGE: Mason

TO: (Name and address of Defendant)

Cook County, Illinois
c/o Cook County Clerk
69 W Washington St, flr 5
Chicago, IL 60602

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kenneth N. Flaxman
200 S Michigan Ave., Ste 1240
Chicago, Illinois 60604

RECEIVED
2008 JUL 31 PM 3:06
COOK COUNTY CLERK

an answer to the complaint which is herewith served upon you, within _____twenty_____ days after service of this summons exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

| Print Form | | Clear Form |

**Michael W. Dobbins, Clerk**

J. Cervantes

---------------------------------
(By) DEPUTY CLERK



July 31, 2008
---------------------------------
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 7/31/08 |
| NAME OF SERVER (PRINT) Michael Kelnins | TITLE Law Clerk |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: County Clerk, 69 W Washington flr 5, Chicago

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 8/4/08
Date

Signature of Server

Address of Server: 200 S Michigan Av, St 1240 Chicago 60604

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.
