AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Michael Uylaki

CASE NUMBER: 08-cv-3692

V.

ASSIGNED JUDGE: Manning

Sheriff of Cook County and Cook County, Illinois

DESIGNATED
MAGISTRATE JUDGE: Mason

TO: (Name and address of Defendant)

Sheriff of Cook County
7th floor
Daley Center
Chicago, IL 60602

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kenneth N. Flaxman
200 S Michigan Ave., Ste 1240
Chicago, Illinois 60604


RECEIVED JUL 3 1 2008 COOK COUNTY SHERIFF'S OFFICE

an answer to the complaint which is herewith served upon you, within _____twenty_____ days after service of this summons exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

[Print Form]     [Clear Form]

**Michael W. Dobbins, Clerk**

J. Cervantes

July 31, 2008

(By) DEPUTY CLERK     Date



AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 7/31/08 |
| NAME OF SERVER (PRINT) Michael Kalnins | TITLE Law Clerk |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Cook County Sheriff's Office, 7th floor Daley Center, Chicago IL

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/4/08
         Date

Signature of Server

2005 Michigan, #1240 Chicago 60604
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.