**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Michael Uylaki
                            Plaintiff,
v.                                        Case No.: 1:08−cv−03692
                                          Honorable Blanche M. Manning
Sheriff of Cook County, et al.
                            Defendant.


**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 7, 2008:

    MINUTE entry before the Honorable Blanche M. Manning: Case called for status hearing. No one appeared for the hearing. Status hearing reset for 9/9/2008 at 11:00 AM. If plaintiff fails to appear at the next hearing, the case will be dismissed for want of prosecution.Mailed notice(rth, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.