IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL UYLAKI, | ) | |
| | ) | 08 CV 3692 |
| Plaintiff, | ) | |
| | ) | Judge Blanche M. Manning |
| v. | ) | |
| | ) | Room 2125 |
| SHERIFF OF COOK COUNTY, and | ) | Jury demand |
| COOK COUNTY, ILLINOIS | ) | |
| | ) | |
| Defendants. | ) | |

NOTICE OF FILING

To:   SERVICE LIST

     PLEASE TAKE NOTICE that on August 270, 2008, I caused to be filed with the Clerk of the Court for the Honorable Judge Manning, Courtroom 2125, in the United States District Court, Northern District of Illinois, Eastern Division, the attached DEFENDANTS' ANSWER TO THE COMPLAINT.

                                      RICHARD A. DEVINE
                                      State's Attorney of Cook County

                      By:    /s/ Francis J. Catania
                           Francis J. Catania, Attorney for Defendants

RICHARD A. DEVINE
FRANCIS J. CATANIA ARDC# 6203188
Cook County State's Attorney
Richard J. Daley Center
50 W. Washington Street, Room 500
Chicago, IL 60602
(312) 603-6572

CERTIFICATE OF SERVICE

I, Francis J. Catania, Assistant State's Attorney, certify that I served this notice in accordance with the rules and procedures of the CM/ECF system of the United States District Court for the Northern District of Illinois and pursuant to LR 5.9 all parties are ECF filing users. There are no non-ECF filers.

                                       /s/ Francis J. Catania
                                       Francis J. Catania, Attorney for Defendants

**SERVICE LIST**

Kenneth N. Flaxman
Attorney at Law
200 South Michigan Avenue
Suite 1240
Chicago, IL 60604-2430

(312) 427-3200
(312) 427-3930
Email: knf@kenlaw.com